IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| RHONDA DAVIS | : | CIVIL ACTION |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE | : | No. 11-3076 |

### ORDER

AND NOW, this 17th day of December, 2012, upon consideration of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, the objections and response thereto, and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation (paper no. 16) is **APPROVED AND ADOPTED**.

3. Plaintiff's motion for summary judgment (paper no. 9) is **DENIED**.

4. **JUDGMENT IS ENTERED** in favor of the defendant commissioner and against plaintiff, Rhonda Davis.

5. The Clerk of Court shall mark this case **CLOSED**.

/s/ Norma L. Shapiro
J.